JACOB A. YERGER
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:   (406) 657-6101
FAX:     (406) 657-6989
Email:   Jacob.Yerger@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JAN 22 2026

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MERLE GLENN RUSSELL,<br><br>Defendant. | CR 26-08-BLG-SPW<br><br>INDICTMENT<br><br>ABUSIVE SEXUAL CONTACT OF A CHILD (Counts 1 and 2)<br>Title 18 U.S.C. §§ 1153 and 2244(a)(5)<br>(Penalty: Life imprisonment, a $250,000 fine, and not less than five years to lifetime supervised release) |
|---|---|

THE GRAND JURY CHARGES:

COUNT 1

That in or between 2017 and 2019, at or near Lame Deer, in Rosebud County, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the Defendant,

1

MERLE GLENN RUSSELL, an Indian person, knowingly engaged in sexual contact with Jane Doe 1, an individual who had not attained the age of 12 years, in violation of 18 U.S.C. §§ 1153(a) and 2244(a)(5).

## COUNT 2

That in or between 2017 and 2019, at or near Lame Deer, in Rosebud County, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the Defendant, MERLE GLENN RUSSELL, an Indian person, knowingly engaged in sexual contact with Jane Doe 2, an individual who had not attained the age of 12 years, in violation of 18 U.S.C. §§ 1153(a) and 2244(a)(5).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney